SEALED

MAY 1 2025 AM8:26
RCVD - USDC - FLMD - ORL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO.  6:25-cr-119-JA-DCI
18 U.S.C. § 1425(a)

VEDOUTIE HOOBRAJ

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Procurement of Citizenship or Naturalization Unlawfully)

On or about July 18, 2017, in the Middle District of Florida, the defendant,

VEDOUTIE HOOBRAJ,

did knowingly procure, contrary to law, her naturalization, citizenship, and documentary and other evidence of naturalization and of citizenship, having knowingly made a materially false representation on her Form N-400, Application for Naturalization, and in sworn statements to immigration and naturalization officials, including that she had never committed, assisted in committing, or attempted to commit, a crime or offense for which she was not arrested.

In violation of 18 U.S.C. § 1425(a).

## FORFEITURE

1.     The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(6).

2.     Upon conviction of a violation of 18 U.S.C. § 1425, the defendant shall

1

forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(6):

    a.    Any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense;

    b.    Any property, real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and

    c.    Any property that is used to facilitate, or is intended to be used to facilitate, the commission of the offense.

3.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL,

███████████████████████████

Foreperson

GREGORY W. KEHOE
United States Attorney

By:  _Sarah Megan Testerman_
Sarah Megan Testerman
Assistant United States Attorney

By:  _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

3

FORM OBD-34
April 25

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

VEDOUTIE HOOBRAJ

## INDICTMENT

Violations:   18 U.S.C. § 1425(a)

A true bill.

███████████████████

Foreperson

Filed in open court this 30th day of April, 2025.

_____
Clerk

Bail $_____