UNITED STATES OF AMERICA

v.                                              CASE NO. 6:25-cr-119-JA-DCI

VEDOUTIE HOOBRAJ

## NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE, PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby files this Notice of Maximum Penalties,

Elements of Offense, Personalization of Elements and Factual Basis, stating as

follows:

## ESSENTIAL ELEMENTS

The essential elements of Count One, procurement of citizenship or

naturalization unlawfully, in violation of 18 U.S.C. § 1425(a), are as follows in

accordance with Eleventh Circuit Pattern Jury Instruction O120 (2025):

First:        The Defendant knowingly procured;

Second:       Contrary to law;

Third:        The naturalization of any person, or documentary or other
              evidence of naturalization or citizenship.

## PENALTIES

The penalties for the offense charged in Count One of the Indictment are a

maximum term of imprisonment of 10 years, *see* 18 U.S.C. § 1425; a fine of not more

than $250,000, *see* 18 U.S.C. § 3571(b)(3); a term of supervised release of not more

than 3 years, *see* 18 U.S.C. § 3583(b)(2); and a special assessment of $100, *see* 18 U.S.C. § 3013(a)(2)(A).

Additionally, when a person is convicted under 18 U.S.C. § 1425, "the court in which such conviction is had shall thereupon revoke, set aside, and declare void the final order admitting such person to citizenship, and shall declare the certificate of naturalization of such person to be canceled." *See* 8 U.S.C. § 1451(e).

Further, the defendant must forfeit property, pursuant to 18 U.S.C. § 982(a)(6), as outlined in the Indictment.

## PERSONALIZATION OF ELEMENTS

On or about July 18, 2017, in the Middle District of Florida:

1.     Did you knowingly procure your naturalization, citizenship, or documentary or other evidence of naturalization or citizenship?

2.     Did you do so contrary to law, that is, by having knowingly made a materially false representation on your Form N-400, Application for Naturalization, and in sworn statements to immigration and naturalization officials, including that you had never committed, assisted in committing, or attempted to commit, a crime or offense for which you were not arrested?

## FACTUAL BASIS

On or about July 18, 2017, in the Middle District of Florida, the defendant, Vedoutie HOOBRAJ, did knowingly procure, contrary to law, her naturalization, citizenship, and documentary and other evidence of naturalization and of

citizenship, having knowingly made a materially false representation on her Form N-400, Application for Naturalization, and in sworn statements to immigration and naturalization officials, including that she had never committed, assisted in committing, or attempted to commit, a crime or offense for which she was not arrested.

More specifically, from October 2014 through at least March 2016, HOOBRAJ knowingly participated in a scheme to defraud while she was living in New York. During this scheme, HOOBRAJ fraudulently represented that she suffered from terminal cancer and solicited donations totaling around $50,000 claiming that she needed money for living and medical expenses. To carry out the scheme, HOOBRAJ fabricated both her diagnosis and treatment from multiple doctors who never actually diagnosed or treated her. The scheme also involved a local fundraiser and the creation of fundraising sites that included false claims about her diagnosis.

In January 2016, HOOBRAJ was interviewed by local law enforcement in New York. During the interview, HOOBRAJ maintained that she had terminal cancer and made false statements about her treating doctors. HOOBRAJ also presented forged medical records. However, the truth was that HOOBRAJ never actually had cancer and that she used the funds she raised for her ordinary living and business expenses, not for any medical treatment.

In the month after this interview, in February 2016, HOOBRAJ moved to Florida. While in Florida, on July 7, 2016, HOOBRAJ signed a U.S. Citizenship and

Immigration Services Application for Naturalization, Form N-400. In Part 12 of the Form N-400, HOOBRAJ answered "No" to Question 22, which asked: "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?" Before submitting the form, HOOBRAJ confirmed she could read and understand English and that she read and understood every question and her answers. HOOBRAJ also certified, under penalty of perjury, that she understood all the information in the application and that all the information was complete, true, and correct. The application was received on July 14, 2016.

HOOBRAJ was interviewed by an Immigration Services Officer on July 6, 2017. During the interview, the defendant was placed under oath and asked to confirm the answers provided on her Form N-400. She did not provide any corrections to her answer to Question 22. At the conclusion of the interview, HOOBRAJ signed a certification stating: "I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this Form N-400, Application for Naturalization, subscribed by me, including the corrections displayed above, are complete, true, and correct." HOOBRAJ's Form N-400 was approved, and on July 18, 2017, HOOBRAJ was admitted as a U.S. citizen.

A few weeks later, in August 2017, HOOBRAJ was interviewed by a Special Agent with the Federal Bureau of Investigation about the conduct she engaged in while in New York. During the interview, HOOBRAJ acknowledged that she knew she did not have cancer during the period when the fundraising solicitations were

4

made. HOOBRAJ also stated that she "made a mistake" that she wished she could take back. That same day, a criminal complaint was issued against her in the Southern District of New York for her participation in the multi-year fraudulent scheme outlined above, in violation of 18 U.S.C. §§ 1343 and 2.

On January 12, 2018, an information was filed against HOOBRAJ charging her with "willfully and knowingly" engaging in the wire fraud scheme occurring from at least in or about October 2014 through at least March 2016 in the Southern District of New York, in violation of 18 U.S.C. §§ 1343 and 2. That same day, HOOBRAJ entered a plea of guilty to the offense. HOOBRAJ was then sentenced to 24 months' imprisonment for the conduct on July 13, 2018.

Based on HOOBRAJ knowingly engaging in a wire fraud scheme from October 2014 to March 2016, which included a fabricated cancer diagnosis, other false statements to solicit funds, and forged medical records, HOOBRAJ knowingly made a false statement on her Form N-400 when she answered "No" to "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?" Moreover, HOOBRAJ then knowingly provided false testimony under oath during the naturalization process when she maintained that answer. These false statements were material in that they played a role in HOOBRAJ's acquisition of naturalization. As a result, HOOBRAJ's procurement of naturalization and documentation of naturalization and citizenship were contrary to law.

The above is merely a summary of some of the events, some of the persons involved, and other information relating to this case. It does not include, nor is it intended to include, all the events, persons involved, or other information relating to this case.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:   */s/ Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: megan.testerman@usdoj.gov

**U.S. v. VEDOUTIE HOOBRAJ**          Case No. 6:25-cr-119-JA-DCI

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 16, 2026, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Matthew Ferry, Esq.
Attorney for Defendant

*/s/ Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: megan.testerman@usdoj.gov