# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                    CASE NO. 6:25-cr-119-JA-DCI

**VEDOUTIE HOOBRAJ**

AUSA: Diane Hu covering for Megan Testerman

Defense Attorney: Matthew Ferry, Retained Counsel

| JUDGE: | **JOHN ANTOON II**<br>United States District Judge | DATE AND TIME: | **March 23, 2026**<br>10:22 A.M.- 10:45 A.M. |
|---|---|---|---|
| Courtroom: | 6B | **TOTAL TIME:** | **23   minutes** |
| DEPUTY CLERK: | Estrella Melians | REPORTER: | Amie First<br>amiefirst.courtreporter@ gmail.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | No Appearance |

## CLERK'S MINUTES
### CHANGE OF PLEA

Case called. Appearances taken. Defendant sworn.

Court inquired of defendant and advised of rights, penalties, and elements of offense.

Government states facts it would intend to prove at trial.

Defendant proffered a plea of guilty to Count One of the Indictment. The Court accepts the plea and adjudicates the defendant guilty of Count One. The defendant is to remain on pretrial release pending sentencing.

The court determines that the defendant's plea was knowingly, intelligently, and voluntarily made.

Sentencing for **June 24, 2026, at 1:30 p.m.** to be set by a separate notice.

Probation Officer to prepare the Presentence Report.

Court is adjourned.